UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-20468-CIV-Gold/McAliley

**GABRIELLE CUNNINGHAM,**
**and other similarly situated individuals,**

     Plaintiff,

vs.

**ALLIED BARTON SECURITY SERVICES, LLC**

     Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Gabrielle Cunningham and Defendant AlliedBarton Security Services LLC and file this Stipulation of Dismissal with Prejudice and show as follows:

The parties in the above-styled matter have agreed to resolve this matter through settlement and have entered into a settlement agreement and general release (the "Agreement"). A copy of the Agreement is attached hereto as Exhibit A. Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982), this Court is required to review the Agreement for fairness.

As a term and condition of the Agreement, Plaintiff has agreed to dismiss all of her claims against Defendant AlliedBarton Security Services LLC with prejudice.

The Court shall retain jurisdiction over this matter in order to enforce the terms of the settlement agreement, if necessary.

NOW THEREFORE, Plaintiff stipulates and agrees to the dismissal of Case No. 10-20468-CIV-Gold/McAliley, and each and every claim therein, with prejudice. All parties to bear their own costs except as set forth in the Agreement.

Respectfully submitted on this 24th day of September, 2010.

|  |  |
|---|---|
| s/Jason S. Remer | s/Jessica T. Travers |
| Jason S. Remer, Esq. | Jessica T. Travers, Esq. |
| **Remer & Georges-Pierre, PLLC** | Florida Bar No. 0018129 |
| Biscayne Center | **LITTLER, MENDELSON, P.C.** |
| 11900 Biscayne Blvd. | One Biscayne Tower, Suite 1500 |
| Suite 288 | Two South Biscayne Boulevard |
| North Miami, Florida 33181 | Miami, Florida 33131 |
| (305) 416-5000 | Ph: (305) 400-7500 |
| (305) 416-5005 (fax) | Fax: (305) 603-2552 |
|  | jtravers@littler.com |
| *Counsel for Plaintiff* |  |
| *Gabrielle Cunningham* | -and- |
|  | David C. Hamilton, Esq. |
|  | Georgia Bar No. 141397 |
|  | **Martenson, Hasbrouck & Simon LLP** |
|  | 3379 Peachtree Road, NE, Suite 400 |
|  | Atlanta, Georgia 30326 |
|  | Ph: (404) 909-8100 |
|  | Fax: (404) 909-8120 |
|  | dhamilton@martensonlaw.com |
|  |  |
|  | *Counsel for Defendant AlliedBarton Security Services LLC* |